**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE CLARENCE RAY, | ) No. C 06-4556 SBA (pr) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| SCOTT KERNAN, Warden, | ) |
| Respondent. | ) |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

DATED:1/21/09

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.06\Ray4556.jud.frm

**United States District Court**
For the Northern District of California

1

2    UNITED STATES DISTRICT COURT

3    FOR THE

4    NORTHERN DISTRICT OF CALIFORNIA

5

6

7    WILLIE CLARENCE RAY,                    Case Number: CV06-04556 SBA

8              Plaintiff,                     **CERTIFICATE OF SERVICE**

9        v.

10   SCOTT KERNAN et al,

11             Defendant.

12   _____/

13   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
14   Northern District of California.

15   That on January 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
16   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
     in the Clerk's office.
17

18

19

20   Willie C. Ray T-73523
     California State Prison-Sacramento (New Folsom)
21   P.O. Box 29-0066
     Represa,  CA 95671
22
     Dated: January 22, 2009
23
                                             Richard W. Wieking, Clerk
24                                           By: LISA R CLARK, Deputy Clerk

25

26

27

28